IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

SHANNON L. MAREK,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

No. 1:11-cv-354-CL

**ORDER**

**PANNER, District Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007).

    I agree with Magistrate Judge Clarke that plaintiff's motion

1 - ORDER

to amend and correct the transcript must be denied.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#31) is adopted. Plaintiff's motion to amend and correct the transcript (#20) is denied.

IT IS SO ORDERED.

DATED this __15__ day of August, 2012.

*Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE