IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

SHANNON L. MAREK,

       Plaintiff,

    v.

CAROLYN L. COLVIN, Commissioner,
Social Security Administration,

       Defendant.

No. 1:11-cv-354-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007).

    I agree with the Report and Recommendation that substantial

1 -   ORDER

evidence in the record supports the conclusion that plaintiff is not disabled. I adopt the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#59) is adopted. The Commissioner's determination is affirmed.

IT IS SO ORDERED.

DATED this 27 day of June, 2013.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER